# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. DEMOS, JR., | ) NO. CV 09-7233 JSL (FMO) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| THE STATE OF WASHINGTON, et al., | ) |
| Respondents. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: October 9, 2009.

*/s/ Spencer Letts/*

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE